# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**PLAYTIME OF BREVARD, INC. d/b/a Playmates,**

        **Plaintiff,**

**-vs-**                                                       **Case No.  6:07-cv-1881-Orl-31KRS**

**CITY OF COCOA,**

        **Defendant.**

_____

## ORDER

This matter comes before the Court on Defendant's Motion for Summary Judgment (Doc. 17) and Plaintiff's Response thereto (Doc. 19). Defendant's Motion will be denied as it is entirely without merit, and misrepresents the facts of this case.

Defendant contends that this action is barred by *res judicata* and/or collateral estoppel because Plaintiff previously filed an action against it that was dismissed pursuant to a notice of settlement. *See Playtime of Brevard, Inc. v. City of Cocoa*, Case No. 6:04-cv-431-Orl-31KRS. However, Defendant's motion conveniently fails to mention that the prior litigation was dismissed *without* prejudice, and that the settlement agreement was never consummated. Accordingly, it is

**ORDERED** that Defendant's Motion for Summary Judgment (Doc. 17) is **DENIED.** Furthermore, Defendant shall show cause in writing within 20 days of the date of this Order why sanctions should not be imposed for the filing of this motion.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on July 8, 2008.

Copies furnished to:

Counsel of Record
Unrepresented Party

———————————————
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE