UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**PLAYTIME OF BREVARD, INC.,**
a Florida corporation, doing business as
PLAYMATES,                                                    CASE NO.:  6:07-cv-1881-Orl-31KRS

       Plaintiff,

vs.

**CITY OF COCOA**,
a Florida municipal corporation,

       Defendant.

## **FINAL CONSENT ORDER**

THE ABOVE case having come before this Court on the parties' Joint Motion for

Entry of Final Consent Order (Doc. 27), and the Court having granted the Motion (Doc. 29),

it is

**ORDERED and ADJUDGED** that**:**

1.      This Consent Order shall not be construed as a concession by the Defendant

that it violated any of Plaintiff's constitutional rights or committed any act of wrongdoing,

it being acknowledged that the Defendant specifically denies any such violations or wrongful

acts.

2.      Plaintiff shall be entitled to no relief under its Complaint other than the

specific relief provided in the parties' Settlement Agreement and by this Consent Order, and

all other claims asserted by Plaintiff or which could have been asserted by Plaintiff are

hereby dismissed with prejudice.

3.      The Settlement Agreement is hereby approved. Both parties, and their successors and assigns are hereby ORDERED to comply with the Settlement Agreement in all respects.

4.      PLAYTIME OF BREVARD, INC. shall abide by the provisions of the City of Cocoa's adult entertainment code, except as otherwise provided herein regarding hours of operation. Nothing herein prohibits Cocoa from lawfully enforcing its City Code.

5.      PLAYTIME OF BREVARD, INC. shall install and maintain exterior lighting on the property which shall be designed to illuminate the parking area and the area surrounding the business premises. Said illumination shall provide for uniform lighting on the property with no dark patches or pockets. The exterior lighting shall be consistent with commercial lighting standards established by the Illuminating Engineering Society of North America consistent with commercial buildings of similar dimension with that of Playtime.

6.      PLAYTIME OF BREVARD, INC. shall not allow the sale or consumption of alcoholic beverages on the subject property, being 518 South Industry Road, Cocoa, Florida 32926.

7.      PLAYTIME OF BREVARD, INC. shall not direct any of its exterior lighting skyward. This prohibition shall include, but is not limited to, search lights.

8.      PLAYTIME OF BREVARD, INC. shall maintain its VIP booths in their current  configuration in accordance with the terms of the Settlement Agreement. In particular, the booths shall not be enclosed, or obstructed and the interiors shall be visible to inspection from the main room of the premises. The booths shall be confined to the main room.

9.     CITY OF COCOA shall amend Section 2.5-16.1 and related definitions of the City Code regarding the suspension and revocation of an adult entertainment license to be substantially similar to license suspension and revocation regulations adopted by Orange County, Florida and upheld by the U.S. District Court in *Ramses, Inc. v. County of Orange*, 481 F. Supp 2d 1305 (M.D. Fla. 2007).

10.    CITY OF COCOA shall repeal Section 2.5-10b(12) of the City Code to delete the requirement for a notarized statement of the real property owner.

11.    Notwithstanding the 2:00 A.M. closing requirement for adult entertainment establishments, which was adopted by Cocoa Ordinance 15-2008, and in consideration of the fact that Plaintiff was operating until 4:00 A.M. prior to being annexed into the City limits, PLAYTIME OF BREVARD, INC. shall be allowed to close at 4:00 A.M. on Friday and Saturday, provided that PLAYTIME OF BREVARD, INC. operates and maintains a licensed adult performance establishment, as defined in Section 2.5-5(e) of the City Code; does not allow the sale and consumption of alcoholic beverages on the property; and does not allow nudity on the property that is prohibited by Chapters 2.5 of the City Code. In the event of a material violation of this covenant, including but not limited to the 4:00 A.M. closing time, PLAYTIME OF BREVARD, INC. will lose forever the right to stay open until 4:00 A.M.

12.    Each party shall bear their own attorney's fees, expert witness fees and costs in the above-captioned proceedings. However, in the event that either party is required to enforce the terms of this Consent Order, the prevailing party in any such litigation will be awarded reasonable attorneys fees and costs including prelitigation and appellate fees and costs.

13.     This Court reserves jurisdiction to enforce the terms of this Consent Order.

14.     The Clerk is directed to close this case.

**DONE AND ORDERED** this 1st day of October, 2008.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

cc:     Counsel of Record
        Unrepresented Party